**Statement of Offense**

On December 22, 2025, at approximately 12:35 AM, Metropolitan Police Department Police Officer Thomas Dunn of the Third District stopped a 1999 white Dodge pick-up truck with license plate number BS7318 on the 2400 block of 14th Street NW, in the District of Columbia. The traffic stop was for failure to maintain lane and driving straight through a left-turn only lane.

Officer Dunn approached the vehicle on the passenger side and spoke with the driver of the vehicle, later identified as Robert POTEAT ████████████████ ), informing him of the reason for the stop. While at the passenger side of the vehicle, Officer Dunn observed a black firearm with an extended magazine in plain view on the passenger side floorboard in a leather holster and radioed for assistance from additional officers. During the stop, Officer Dunn had an opportunity to see POTEAT's face and physical appearance.



*Figure 1 - Still image of Officer Dunn approaching POTEAT'S vehicle during the initial traffic stop.*

1

MPD Officers Martin Monegro and Jose Gonzalez arrived shortly thereafter. Officer Monegro approached the vehicle and opened the driver's side door. Immediately after opening the driver's side door, the vehicle sped off northbound on 14th Street NW at a high rate of speed.

At 12:40 AM, MPD Sergeant Irving Bolton informed other officers that his vehicle was nearly broadsided by a white pick-up truck near the intersection of Sherman Avenue NW and Harvard Street NW, and was traveling at a high rate of speed towards Georgia Avenue NW.



*Figure 2 - Location of traffic stop (A) and location where police vehicle was nearly struck (B).*

Third District Detectives conducted a search for the registered owner of the vehicle with license plate BS7318 using the Washington Area Law Enforcement System ("WALES") database and determined that the vehicle was registered to Mr. Willard Poteat, with a date of birth of █████ ████.

Detectives conducted a search of a different law enforcement database based on the owner's last name and located a record for Robert Poteat, with a date of birth of ████████████. A photograph of said individual was observed by Officer Dunn, who identified the driver of the car as the individual depicted in the photograph.

The WALES database revealed a photograph for Robert Poteat.



*Figure 3 - Photograph of Robert Poteat from WALES database (left) and still image of driver of white pickup (right).*

Approximately two hours later, at 2:40 AM, Officer Dunn found the suspect vehicle parked in a small parking area along the north curb lane of the 800 block of Princeton Place NW. POTEAT was inside of the car in the driver's seat of the vehicle. POTEAT appeared to be unconscious or asleep.



*Figure 4 - Still image of vehicle during initial traffic stop (left), still image of vehicle two hours later at second sighting (right).*

Because the driver was believed to be armed and had previously fled a traffic stop, officers blocked the front end of the vehicle, and Officer Dunn used the PA system of his vehicle to instruct POTEAT to exit the vehicle, but POTEAT did not respond.

MPD's Emergency Response Team was called, and at 4:28 AM, the team made contact with POTEAT and ordered him to exit the driver's seat of the vehicle. When POTEAT exited the vehicle, officers observed that he was wearing a cross-body satchel and had a firearm tucked into his waistband. POTEAT was ordered by Officer Anthony Campanale to drop the satchel to the ground.[1] POTEAT followed the instruction and was then placed in handcuffs.

MPD Officer Dong Chen proceeded to remove a black handgun with an extended magazine from POTEAT'S waistband.

---

[1] Body worn camera of Officer Anothny Campanale at 4:27:00 hours.

4



*Figure 5 – Still image of firearm magazine protruding from POTEAT's waistband before it was removed from the waistband (yellow box)*



*Figure 6 - Still image of firearm in black holster (yellow circle) with extended magazine after it was removed from POTEAT's waistband.[2]*

---

[2] Body worn camera of Officer Dong Chen at 04:28:26 hours.

The recovered firearm appeared to be a .40 caliber Glock 23 with serial number YVE643 marked on the slide and beneath the barrel. The firearm was loaded with 22 rounds in a 29-round capacity magazine and no rounds in the chamber.

Officers searched the satchel bag that POTEAT was wearing when he was ordered out of the vehicle. Inside of the satchel officers located a 50 round capacity drum magazine and a 15 round capacity magazine.[3]



*Figure 7 - Drum Magazine and second magazine found in POTEAT'S satchel.*

POTEAT was arrested and transported to the MPD station for processing. Upon arrival at the station, POTEAT began violently kicking the inside of the police cruiser and demanded to be transported to the hospital. At the hospital, POTEAT physically resisted officers' efforts to move him into the hospital. Eventually, POTEAT agreed to be returned to the station, where he was processed.

---

[3] Body worn camera of Officer Jose Gonzalez at 4:46:36 hours.



***Figure 8 -  Still image of POTEAT at initial car stop (left) and still image of POTEAT at the Third District station (right).[4]***

POTEAT has been previously convicted in District of Columbia Superior Court Case Number 2018 CF3 014900 of Unlawful Possession of a Firearm, an offense punishable by more than one year of incarceration. POTEAT was sentenced to one year of incarceration followed by one year of supervised release. POTEAT was also previously convicted in Superior Court Case Number 2015 CF2 01878 of Unlawful Possession of a Firearm and sentenced to 24 months of incarceration, followed by eighteen months of supervised probation.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

---

[4] Body worn camera of Police Officer Raymond Swem at 5:32:17 hours.

Accordingly, your affiant submits that probable cause exists to charge Robert POTEAT

█████████ ) with a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a

convicted felon to possess a firearm and ammunition

<div style="margin-left:40%">Respectfully submitted</div>

_____
Taylor Peed
Special Agent, Badge # 6765
ATF

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on December 29, 2025.

_____
HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE